Certificate Number: 12433-PAE-DE-031137852

Bankruptcy Case Number: 18-12453



12433-PAE-DE-031137852

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 5, 2018, at 4:06 o'clock PM EDT, Robert Brady completed a course on personal financial management given by telephone by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: June 5, 2018     By: /s/Candace Jones

Name: Candace Jones

Title: Counselor