### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Robert E. Brady<br><br>            Debtor<br><br>Bayview Loan Servicing, LLC<br><br>            Movant<br>         vs.<br><br>Robert E. Brady<br><br>            Respondent | CHAPTER 13<br><br><br>NO. 18-12453 JKF |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection of Bayview Loan Servicing, LLC to Confirmation of Chapter 13 Plan, which was filed with the Court on or about October 23, 2018 (Document No. 23).


                                        Respectfully submitted,


                                        **/s/ Rebecca A. Solarz, Esquire**
                                        Rebecca A. Solarz, Esquire
                                        Kevin G. McDonald, Esquire
                                        Attorneys for Movant
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        215-627-1322


October 31, 2018