IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | Robert E. Brady  Debtor | ) Chapter 13 ) ) No. 18-12453-JKF ) |

CERTIFICATION OF NO RESPONSE

   I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                              /s/David M. Offen
                                              David M. Offen
                                              Attorney for Debtor

Date:3/20/19