United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert E Brady  
      Debtor

Case No. 18-12453-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Mar 25, 2019  
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2019.  
db         +Robert E Brady,   2829 S Sydenham Street,   Philadelphia, PA 19145-4920

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2019                                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2019 at the address(es) listed below:

          DAVID M. OFFEN    on behalf of Debtor Robert E Brady dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
          KEVIN G. MCDONALD    on behalf of Creditor    Bayview Loan Servicing, LLC, A Delaware Limited Liability Company bkgroup@kmllawgroup.com  
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov, karena.blaylock@phila.gov  
          REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing, LLC, A Delaware Limited Liability Company bkgroup@kmllawgroup.com  
          SCOTT   WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
          WILLIAM   MILLER*R    on behalf of Trustee WILLIAM   MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

                                                                                                      TOTAL: 8

IN THE UNITED ESTATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Robert E. Brady  )  Chapter 13
       Debtor  )
          )  18-12453-JKF
          )
          )

## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the Application, Docket Entry No.29, for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Counsel fee in the amount of $4,000.00 is allowed and the balance in the amount of $3,500.00 may be paid by the Chapter 13 Trustee to the extent there are funds available and consistent with the terms of the confirmed plan.

March 22, 2019
DATED:

HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

cc:

Scott F. Waterman, Esquire, Trustee

David M. Offen, Esquire