## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert E. Brady<br>　　　　　　　　　Debtor(s)<br><br>Bayview Loan Servicing, LLC, a Delaware Limited Liability Company, its successors and/or assigns<br>　　　　　　　　　Movant<br>　　vs.<br>Robert E. Brady<br>　　　　　　　　　Debtor(s)<br><br>Scott Waterman<br>　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 18-12453 JKF<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Notice of Postpetition Mortgage Fees, Expenses, and Charges of Bayview Loan Servicing, LLC, a Delaware Limited Liability Company, which was filed with the Court on or about **October 16, 2018**.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322

March 28, 2019